1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Brandon Q. Tran (Cal. Bar No.: 223435)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   E-mail: sburke@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11 DIRECTV, INC., a California corporation,  |  Case No. CV-04-04616 PVT

12          Plaintiff,                        |  Hon. Patricia V. Trumbull

13     vs.                                    |  **STIPULATION FOR VOLUNTARY
                                              |  DISMISSAL OF DEFENDANT PATRICK
14 PATRICK HOLKENBRINK,                       |  HOLKENBRINK AND REQUEST TO
                                              |  RETAIN JURISDICTION; [PROPOSED]
15          Defendant.                        |  ORDER THEREON**

16

17

18          IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

19 ("DIRECTV") and Defendant PATRICK HOLKENBRINK ("Defendant"), through their

20 respective counsel of record, that the above-captioned action be and hereby is dismissed without

21 prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant.  Each of said parties to bear

22 its/his own costs and attorney's fees.

23          The terms of the Confidential Settlement Agreement dated June 8, 2005

24 ("Agreement") entered into between the Defendant and DIRECTV require the performance of

25 certain obligations by Defendant that will not be completed until June 2006.  If the Defendant

26 does not timely or fully perform these obligations when due, DIRECTV is authorized to seek

27 enforcement of those obligations in this Court.  The parties therefore have consented, and hereby

28 further stipulate and consent to, the retention of jurisdiction over them by this Court and to

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PATRICK HOLKENBRINK AND
REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1   reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of

2   the Agreement, as defined therein.  The parties therefore respectfully request that the Court retain

3   such jurisdiction.

4   DATED: July 6, 2005         Respectfully Submitted,

5                            BUCHALTER, NEMER, FIELDS & YOUNGER

6                            A Professional Corporation

7

8                            By:_____/s/ Suzanne M. Burke_____

9                                 Suzanne M. Burke
                             Attorneys for Plaintiff DIRECTV, Inc.

10   DATED: July 6, 2005         PARR LAW GROUP

11

12

13                            By:_____/s/ Shawn R. Parr_____
                               Shawn R. Parr

14                            Attorneys for Defendant Patrick Holkenbrink

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PATRICK HOLKENBRINK AND
REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

1

## **ORDER**

2          HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary

3    Dismissal of Defendant PATRICK HOLKENBRINK and Request to Retain Jurisdiction, and

4    such other pleadings, documents and records deemed appropriate by the Court, and good cause

5    appearing therefore, IT IS HEREBY ORDERED:

6          (1)      Defendant PATRICK HOLKENBRINK is hereby dismissed from this

7    action without prejudice;

8          (2)      Each of said parties to bear its/his own costs and attorney's fees; and

9          (3)      The Court shall retain jurisdiction over DIRECTV and Defendant

10   PATRICK HOLKENBRINK to enforce the terms described above of the Settlement Agreement

11   between those parties dated June 8, 2005 and hereby refers any further proceedings in this action

12   to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

13   Dated:  *7/7/05*

14

15

16                                          */s/  Patricia V. Trumbull*
                                        Honorable Patricia V. Trumbull
17                                          United States District Court
                                        Northern District of California
18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT PATRICK HOLKENBRINK AND
REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON**

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.